**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-02797-SKC

JEFFREY GREG SANDOVAL ESPINOZA,

Petitioner,

v.

JUAN BALTAZAR, Warden,;
ROBERT HOGAN, AFOWC; and
TODD LYONS, Attorney General;

Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Orders (ECF Nos. 18 and 20) entered by U.S. District Judge S. Kato Crews, it is

ORDERED that judgment is entered in favor of Petitioner and against Respondents. It is

FURTHER ORDERED that this case is closed.

DATED: August 13, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: s/C. Pearson, Deputy Clerk